FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Rodriguez, Candelaria<br>　　　　　　Defendant. | Case No.: SA 11-187M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

 The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

 The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

 The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Backgrd, comty ties unknown; bail resources unknown; substance abuse history; and ongoing substance abuse___

1  problem; conduct evidences a lack of amenability
2  to supervision  [violation written above]
3  and/or
4  B.  [X] The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on  criminal history record; substance
8  abuse history; alleged commission of
9  new offense while under supervision
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: 4/14/11
17                                      ROBERT N. BLOCK
                                        UNITED STATES MAGISTRATE JUDGE
18
...
28